Robert V. Prongay (SBN 270796)
  *rprongay@glancylaw.com*
Charles Linehan (SBN 307439)
  *clinehan@glancylaw.com*
Pavithra Rajesh (SBN 323055)
  *prajesh@glancylaw.com*
**GLANCY PRONGAY & MURRAY LLP**
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160

*Counsel for Lead Plaintiff Movant Eugene Lieberstein*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CEMENT MASONS' AND PLASTERERS' LOCAL NO. 502 PENSION FUND, on behalf of itself and all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> INMODE LTD., MOSHE MIZRAHY, YAIR MALCA, SHAKIL LAKHANI, and SPERO THEODOROU, <br><br> Defendants. | Case No. 2:24-cv-01219-MEMF-MRW <br><br> **DECLARATION OF CHARLES H. LINEHAN IN SUPPORT OF MOTION OF EUGENE LIEBERSTEIN, FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD COUNSEL** <br><br> Date: June 6, 2024 <br> Time: 10:00 a.m. <br> Crtrm.: 8B <br> Judge: Maame Ewusi-Mensah Frimpong |

I, Charles H. Linehan, declare as follows:

1.      I am an attorney with the law firm of Glancy Prongay & Murray LLP, counsel for Lead Plaintiff Movant Eugene Lieberstein ("Lieberstein"), and proposed Lead Counsel for the class in the above-captioned action. I make this declaration in support of Lieberstein's Motion for Appointment as Lead Plaintiff and Approval of Lead Counsel. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2.      Attached hereto are true and correct copies of the following exhibits:

Exhibit A:   Notice published in *Business Wire* on February 14, 2024, announcing the pendency of the above-captioned securities class action against the Defendants herein;

Exhibit B:   Lieberstein's Signed PSLRA Certification;

Exhibit C:   Analysis of Lieberstein's financial interest; and

Exhibit D:   Firm résumé of Glancy Prongay & Murray LLP.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 15th day of April 2024, at Los Angeles, California.

*s/ Charles H. Linehan*
Charles H. Linehan

## **PROOF OF SERVICE BY ELECTRONIC POSTING**

I, the undersigned say:

I am not a party to the above case, and am over eighteen years old. On April 15, 2024, I served true and correct copies of the foregoing document, by posting the document electronically to the ECF website of the United States District Court for the Central District of California, for receipt electronically by the parties listed on the Court's Service List.

I affirm under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on April 15, 2024, at Los Angeles, California.

*s/ Charles H. Linehan*
Charles H. Linehan