SCHALL LAW FIRM
Brian Schall (SBN 290685)
2049 Century Park East, Suite 2460
Los Angeles, CA 90067
Tel: (310) 301-3335
brian@schallfirm.com

*Counsel for Proposed Lead Plaintiff,*
*and Proposed Co-Lead Counsel*

[Additional counsel on signature page]

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CEMENT MASONS' AND PLASTERERS' LOCAL NO. 502 PENSION FUND, on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>INMODE LTD., MOSHE MIZRAHY, YAIR MALCA, SHAKIL LAKHANI, and SPERO THEODOROU,<br><br>Defendants. | Case No. 2:24-cv-01219<br><br>**DECLARATION OF BRIAN SCHALL IN SUPPORT OF MOTION OF KENNETH DOWNING AND CAREY EFFERSON FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF LEAD COUNSEL**<br><br>Date:          June 6, 2024<br>Time:          10:00 a.m.<br>Courtroom: 8B<br>Judge: Hon. Maame Ewusi-Mensah Frimpong |

SCHALL DECL. ISO MOTION FOR LEAD PLAINTIFF & LEAD COUNSEL
Case No. 2:24-cv-01219

I, Brian Schall, declare as follows:

1.      I am a member in good standing of the bar of the State of California and am admitted to practice before this Court. I submit this declaration in support of the motion filed by Proposed Lead Plaintiffs Kenneth Downing and Carey Efferson (hereinafter, the "Movants") for the entry of an Order: (1) appointing Movants as Lead Plaintiff; (2) approving Movant's selection of Berger Montague PC and the Schall Law Firm as Co-Lead Counsel for the class; and (3) granting such other and further relief as the Court may deem just and proper.

2.      Attached as Exhibits A through F are true and correct copies of the following documents:

EXHIBIT A: Notice of pendency of class action lawsuit against InMode Ltd. ("InMode"), published on *Business Wire* on February 14, 2024;

EXHIBIT B: Executed Certifications of Movants pursuant to the requirements of the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u-4(a)(2);

EXHIBIT C: Chart reflecting calculation of financial losses sustained by Movants on Class Period transactions in InMode securities;

EXHIBIT D: Joint Declaration of Movants;

EXHIBIT E: Berger Montague PC firm resume; and

EXHIBIT F: The Schall Law Firm resume.

I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge.

Executed this 15th day of April, 2024.

*/s/ Brian Schall*
Brian Schall

SCHALL DECL. ISO MOTION FOR LEAD PLAINTIFF & LEAD COUNSEL
CASE NO. 2:24-CV-01219                                                                      1