POMERANTZ LLP
Jennifer Pafiti (SBN 282790)
1100 Glendon Avenue, 15th Floor
Los Angeles, CA 90024
Telephone: (310) 405-7190
jpafiti@pomlaw.com

*Attorney for the Meitav Funds and the Teachers Funds*

[Additional counsel on signature page]

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CEMENT MASONS' AND PLASTERERS' LOCAL NO. 502 PENSION FUND, on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>INMODE LTD., MOSHE MIZRAHY, YAIR MALCA, SHAKIL LAKHANI, and SPERO THEODOROU,<br><br>Defendants. | Case No. 2:24-cv-01219-MEMF-MRW<br><br>NOTICE OF MOTION OF THE MEITAV FUNDS AND THE TEACHERS FUNDS FOR APPOINTMENT AS LEAD PLAINTIFFS AND APPROVAL OF COUNSEL<br><br>DATE: June 6, 2024<br>TIME: 10:00 a.m.<br>JUDGE: Maame Ewusi-Mensah Frimpong<br>CTRM: 8B (1st Street Courthouse) |

TO: ALL PARTIES AND THEIR COUNSEL OF RECORD

PLEASE TAKE NOTICE that Meitav Provident and Pension Funds Ltd. ("Meitav Provident") and Meitav Mutual Funds Ltd. ("Meitav Mutual" and, collectively with Meitav Provident, the "Meitav Funds"); and Kranot Hishtalmut Le Morim Tichoniim Morey Seminarim Ve Mefakhim Hevra Menahelet Ltd. and Kranot Hishtalmut Le Morim Ve Gananot Hevra Menahelet Ltd. (collectively, the "Teachers Funds" and, together with the Meitav Funds, the "Funds"), by and through their counsel, will and do hereby move this Court, pursuant to Section 21D(a)(3) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3), as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), for the entry of an Order: (1) appointing the Funds as Lead Plaintiffs on behalf of a class consisting of all persons other than the above-captioned defendants who purchased or otherwise acquired InMode Ltd. common stock between June 4, 2021, and October 12, 2023, both dates inclusive; and (2) approving Lead Plaintiffs' selection of Pomerantz LLP as Lead Counsel for the Class.

The Funds are aware of Local Civil Rule 7-3, which provides, in relevant part, that "[i]n all cases not listed as exempt in L.R. 16-12, and except in connection with discovery motions (which are governed by L.R. 37-1 through 37-4) and applications for temporary restraining orders or preliminary injunctions, counsel contemplating the filing of any motion shall first contact opposing counsel to discuss thoroughly, preferably in person, the substance of the contemplated motion and any potential resolution" Here, pursuant to

NOTICE OF MOTION - 2:24-CV-01219-MEMF-MRW

1

the PSLRA, the deadline to file a motion for appointment as Lead Plaintiff in the above-captioned action is April 15, 2024, on which date any member of the putative class may so move. *See* 15 U.S.C. § 78u-4(a)(3)(A)(i)(II) & (a)(3)(B)(i). Under these circumstances, the Funds respectfully request that compliance with Local Civil Rule 7-3 be waived in this instance.

In support of this motion, the Funds submit a Memorandum of Points and Authorities, the Declaration of Jennifer Pafiti submitted herewith, the pleadings and other filings herein, and such other written and oral arguments as may be presented to the Court.

Dated: April 15, 2024

POMERANTZ LLP

*/s/ Jennifer Pafiti*
Jennifer Pafiti (SBN 282790)
1100 Glendon Avenue, 15th Floor
Los Angeles, CA 90024
Telephone: (310) 405-7190
jpafiti@pomlaw.com

POMERANTZ LLP
Orly Guy
Eitan Lavie
HaShahar Tower
Ariel Sharon 4, 34th Floor
Givatayim, Israel 5320047
Telephone: +972 (0) 3 624 0240
Facsimile: +972 (0) 3 624 0111
oguy@pomlaw.com
eitan@pomlaw.com

*Counsel for the Meitav Funds and the Teachers Funds and Proposed Lead Counsel for the Class*

|   |   |
|---|---|
| 1 | <div align="center">CERTIFICATE OF SERVICE</div> |
| 2 | |
| 3 | I hereby certify that on April 15, 2024, a copy of the foregoing was filed |
| 4 | electronically and served by mail on anyone unable to accept electronic filing.  Notice of |
| 5 | this filing will be sent by e-mail to all parties by operation of the Court's electronic filing |
| 6 | |
| 7 | system or by mail to anyone unable to accept electronic filing as indicated on the Notice |
| 8 | of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System. |

                                                                                               */s/ Jennifer Pafiti*
                                                                                                Jennifer Pafiti