POMERANTZ LLP
Jennifer Pafiti (SBN 282790)
1100 Glendon Avenue, 15th Floor
Los Angeles, CA 90024
Telephone: (310) 405-7190
jpafiti@pomlaw.com

*Attorney for the Meitav Funds and the
Teachers Funds*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CEMENT MASONS' AND PLASTERERS' LOCAL NO. 502 PENSION FUND, on behalf of itself and all others similarly situated,

Plaintiff,

v.

INMODE LTD., MOSHE MIZRAHY, YAIR MALCA, SHAKIL LAKHANI, and SPERO THEODOROU,

Defendants.

Case No. 2:24-cv-01219-MEMF-MRW

DECLARATION OF JENNIFER PAFITI IN SUPPORT OF MOTION OF THE MEITAV FUNDS AND THE TEACHERS FUNDS FOR APPOINTMENT AS LEAD PLAINTIFFS AND APPROVAL OF COUNSEL

DATE:  June 6, 2024
TIME:  10:00 a.m.
JUDGE:  Maame Ewusi-Mensah Frimpong
CTRM:  8B (1st Street Courthouse)

DECLARATION - 2:24-CV-01219-MEMF-MRW

I, Jennifer Pafiti, hereby declare as follows:

1.    I am a partner with the law firm of Pomerantz LLP ("Pomerantz"), counsel on behalf of Meitav Provident and Pension Funds Ltd. ("Meitav Provident") and Meitav Mutual Funds Ltd. ("Meitav Mutual" and, collectively with Meitav Provident, the "Meitav Funds"); and Kranot Hishtalmut Le Morim Tichoniim Morey Seminarim Ve Mefakhim Hevra Menahelet Ltd. and Kranot Hishtalmut Le Morim Ve Gananot Hevra Menahelet Ltd. (collectively, the "Teachers Funds" and, together with the Meitav Funds, the "Funds"), and have personal knowledge of the facts set forth herein.   I make this Declaration in support of the Funds' motion for appointment as Lead Plaintiffs for the Class and approval of their selection of Pomerantz as Lead Counsel for the Class in the above-captioned action (the "Action").

2.    Attached hereto as the exhibits indicated are true and correct copies of the following:

Exhibit A:   Loss Chart of the Funds;

Exhibit B:   Notice of pendency of the Action;

Exhibit C:   Shareholder Certifications executed on behalf of the Funds;

Exhibit D:   Joint Declaration executed on behalf of the Funds; and

Exhibit E:   Firm resume of Pomerantz.

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct.

DECLARATION - 2:24-CV-01219-MEMF-MRW

1

Executed on April 15, 2024 at Calabasas, California.

*/s/ Jennifer Pafiti*
Jennifer Pafiti

CERTIFICATE OF SERVICE

I hereby certify that on April 15, 2024, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/ Jennifer Pafiti
Jennifer Pafiti