UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES—GENERAL

| Case No. | 2:24-cv-01219-MEMF-MRWx | Date | October 24, 2024 |
|---|---|---|---|

| Title | Cement Masons and Plasterers Local No. 502 Pension Fund v. InMode Ltd., et al. | Page | 1 of 1 |
|---|---|---|---|

Present: The Honorable    MAAME EWUSI-MENSAH FRIMPONG,
UNITED STATES DISTRICT JUDGE

| Damon Berry | CourtSmart |
|---|---|
| Deputy Clerk | Court Recorder |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| Emma Gilmore (video) | Glenn K. Vanzura (video) |
| | Jacqueline Matusko Vallette (video) |

**Proceedings:    PLAINTIFF'S MOTION FOR APPOINTMENT OF COUNSEL [29] – ZOOM HEARING**

The Court issues a tentative ruling prior to the hearing. The Court invites counsel to present oral arguments.

For the reasons stated on the record, the matter is taken under submission. Order to issue.

**IT IS SO ORDERED**.