POMERANTZ LLP
Jennifer Pafiti (SBN 282790)
1100 Glendon Avenue, 15th Floor
Los Angeles, CA 90024
Telephone: (310) 405-7190
jpafiti@pomlaw.com

*Attorney for the Meitav Funds and the
Teachers Funds*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CEMENT MASONS' AND PLASTERERS' LOCAL NO. 502 PENSION FUND, on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>INMODE LTD., MOSHE MIZRAHY, YAIR MALCA, SHAKIL LAKHANI, and SPERO THEODOROU,<br><br>Defendants. | Case No. 2:24-cv-01219-MEMF-MRW<br><br>DECLARATION OF JENNIFER PAFITI |

DECLARATION - 2:24-CV-01219-MEMF-MRW

I, Jennifer Pafiti, hereby declare as follows:

1.      I am a partner with the law firm of Pomerantz LLP ("Pomerantz"), counsel on behalf of Meitav Provident and Pension Funds Ltd. ("Meitav Provident") and Meitav Mutual Funds Ltd. ("Meitav Mutual" and, collectively with Meitav Provident, the "Meitav Funds"); and Kranot Hishtalmut Le Morim Tichoniim Morey Seminarim Ve Mefakhim Hevra Menahelet Ltd. and Kranot Hishtalmut Le Morim Ve Gananot Hevra Menahelet Ltd. (collectively, the "Teachers Funds" and, together with the Meitav Funds, the "Funds"), and have personal knowledge of the facts set forth herein.

2.      On October 24, 2024, this Court entered an Order (the "Lead Plaintiff Order"), *inter alia*, finding the Funds to be the presumptive lead plaintiff in the above-captioned action (the "Action") and directing Pomerantz to publish a notice advising members of the putative class (the "Class") in the Action of "[t]he fact that the Court has found the Funds to be the presumptive lead plaintiffs" and "[t]he 30-day deadline (from the date of the Notice) for any challenge to the Fund's status as lead plaintiff[.]"  Dkt. No. 56.

3.      On October 28, 2024, Pomerantz caused to be published a notice (the "Updated Notice") via *Accesswire*, a widely circulated national business-oriented wire service, duly advising members of the Class of the Lead Plaintiff Order and their right to file a motion or other paper challenging the Funds' status as presumptive lead plaintiff in the Action on or before November 27, 2024.

4.     Attached hereto as Exhibit A is a true and correct copy of the Updated Notice.

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct.

Executed on October 29, 2024 at Calabasas, California.

*/s/ Jennifer Pafiti*
Jennifer Pafiti

CERTIFICATE OF SERVICE

I hereby certify that on October 29, 2024, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

*/s/ Jennifer Pafiti*
Jennifer Pafiti