**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| IN RE INMODE LTD. SECURITIES LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>ALL  ACTIONS | Case No. 2:24-cv-01219-MEMF-MRW<br><br>CLASS ACTION<br><br>**ORDER GRANTING JOINT STIPULATION RE: LEAD PLAINTIFFS' AMENDED COMPLAINT AND DEFENDANTS' RESPONSE THERETO [ECF NO. 62]**<br><br>JUDGE: Maame Ewusi-Mensah Frimpong |

On December 18, 2024, the Parties filed a Joint Stipulation Re: Lead Plaintiffs' Amended Complaint and Defendants Response Thereto (the "Stipulation") (ECF No. 62).

The Court, having considered the Parties' Stipulation and finding good cause therefor, hereby GRANTS the Stipulation and ORDERS as follows:

1.     On or before January 31, 2025, Lead Plaintiffs shall file an Amended Complaint or designate the Complaint as the operative complaint;

1

2. On or before April 1, 2025, Defendants shall answer, move or otherwise respond to the Amended Complaint or operative complaint;

3. If Defendants file a motion to dismiss the Amended Complaint or operative complaint, on or before June 2, 2025, Lead Plaintiffs shall file any opposition thereto; and

4. On or before July 2, 2025, Defendants shall file any reply in support of their motion to dismiss.

IT IS SO ORDERED.

Dated: January 6, 2025

MAAME EWUSI-MENSAH FRIMPONG

United States District Judge