**WILLKIE FARR & GALLAGHER LLP**
Glenn K. Vanzura (SBN 238057)
  GVanzura@willkie.com
2029 Century Park East, Suite 2900
Los Angeles, California 90067-2905
Telephone: (301) 855-3000
Facsimile: (310) 855-3099

Attorney for Defendants
InMode Ltd., Moshe Mizrahy,
Yair Malca, Shakil Lakhani,
Spero Theodorou, and Dr. Michael Kreindel

[Additional counsel on signature page]

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| IN RE INMODE LTD. SECURITIES LITIGATION | Case No. 2:24-cv-1219-MEMF-MBK |
| | <u>CLASS ACTION</u> |
| | Hon. Maame Ewusi-Mensah Frimpong Courtroom 8B – First Street |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | **JOINT STIPULATION RE: AMENDED BRIEFING SCHEDULE FOR DEFENDANTS' MOTIONS TO DISMISS** |
| | Action Filed: February 14, 2024 Trial Date:     None set |

Lead Plaintiffs Meitav Provident and Pension Funds Ltd., Meitav Mutual Funds Ltd., Kranot Hishtalmut Le Morim Tichoniim Morey Seminarim Ve Mefakhim Hevra Menahelet Ltd. and Kranot Hishtalmut Le Morim Ve Gananot Hevra Menahelet Ltd. (collectively, "Lead Plaintiffs") and Defendants InMode Ltd., Moshe Mizrahy, Yair Malca, Shakil Lakhani, Spero Theodorou and Dr. Michael Kreindel (collectively, "Defendants," and together with Lead Plaintiffs, the "Parties"), by and through their undersigned counsel, hereby stipulate and agree as follows:

WHEREAS, on February 14, 2024, Cement Masons' and Plasterers' Local No. 502 Pension Fund filed a Complaint for Violations of the Federal Securities Laws (ECF No. 1) against certain of the Defendants;

WHEREAS, on December 4, 2024, the Court entered an Order appointing Lead Plaintiffs and their lead counsel (ECF No. 61);

WHEREAS, on January 6, 2025, the Court entered an Order granting a joint stipulation regarding Lead Plaintiffs' Amended Complaint and certain of the Defendants' responses thereto (ECF No. 63);

WHEREAS, on January 31, 2025, pursuant to the Court's January 6, 2025 Order, Lead Plaintiffs filed their Amended Complaint for Violations of the Federal Securities Laws (the "Amended Complaint") (ECF No. 64);

WHEREAS the Amended Complaint comprises 86 pages and 217 paragraphs; names an additional Defendant, Dr. Kreindel; and asserts claims against six Defendants;

WHEREAS, pursuant to the Court's January 6, 2025 order, the response to the Amended Complaint for all Defendants other than Dr. Kreindel must be filed on or before April 1, 2025, Lead Plaintiffs' opposition to any motion to dismiss must be filed on or before June 2, 2025, and any reply in support of a motion to dismiss must be filed on or before July 2, 2025;

WHEREAS, Dr. Kreindel has agreed to waive service of the Amended Complaint and Summons, therefore making his response to the Amended Complaint

due on or before April 4, 2025, and, pursuant to the Court's May 3, 2024 Civil Standing Order, Lead Plaintiffs' opposition to any motion to dismiss by Dr. Kreindel must be filed no later than fourteen (14) days after the filing of the initial motion, and any reply in support of any motion to dismiss by Dr. Kreindel must be filed no later than seven (7) days after the opposition;

WHEREAS, in the interests of judicial economy and for the convenience of the Court and the Parties, the Parties agree that the briefing deadlines for all Defendants should be aligned;

WHEREAS, given the length of the Amended Complaint, the number of alleged misstatements at issue in the Amended Complaint, and that six Defendants must respond to the Amended Complaint, Defendants requested to increase the page limits for their contemplated motion to dismiss;

WHEREAS, Plaintiffs and Defendants agreed on the page limits proposed below.

NOW, THEREFORE, the Parties by and through their undersigned counsel, hereby agree and stipulate, and respectfully request that the Court order as follows:

1. On or before April 11, 2025, Defendants shall file a motion to dismiss the Amended Complaint, and the memorandum of points and authorities in support of the motion shall not exceed thirty-five (35) pages;

2. On or before June 20, 2025, Lead Plaintiffs may file an opposition to the motion to dismiss, and the memorandum of points and authorities in support of the opposition shall not exceed thirty-five (35) pages;

3. On or before July 21, 2025, Defendants may file a reply in support of the motion to dismiss, and the memorandum of points and authorities in support of the reply shall not exceed fifteen (15) pages.

Dated:  March 6, 2025          **WILLKIE FARR & GALLAGHER LLP**

By: */s/ Glenn K. Vanzura*
Glenn K. Vanzura

*Attorney for Defendants InMode Ltd.,*
*Moshe Mizrahy, Yair Malca, Shakil*
*Lakhani, Spero Theodorou, and*
*Dr. Michael Kreindel*

Dated:  March 6, 2025          **POMERANTZ LLP**

By: */s/ Emma Gilmore*
Jeremy A. Lieberman (admitted *pro hac vice*)
Emma Gilmore (admitted *pro hac vice*)
Villi Shteyn (admitted *pro hac vice*)
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone: (212) 661-1100
Facsimile: (917) 463-1044
jalieberman@pomlaw.com
egilmore@pomlaw.com
vshteyn@pomlaw.com

Jennifer Pafiti (SBN 282790)
1100 Glendon Avenue, 15th Floor
Los Angeles, CA 90024
Telephone: (310) 405-7190
jpafiti@pomlaw.com

**POMERANTZ LLP**

Orly Guy
Eitan Lavie
HaShahar Tower
Ariel Sharon 4, 34th Floor
Givatayim, Israel 5320047
Telephone: +972 (0) 3 624 0240
Facsimile: +972 (0) 3 624 0111
oguy@pomlaw.com
eitan@pomlaw.com

*Counsel for Lead Plaintiffs and for the*
*Proposed Class*

## FILER'S ATTESTATION

Pursuant to L.R. 5-4.3.4, I hereby attest that all other signatories listed, and on whose behalf this filing was submitted, concur in the filing's content and have authorized this filing.

Dated:  March 6, 2025

**WILLKIE FARR & GALLAGHER LLP**

By: */s/ Glenn K. Vanzura*
Glenn K. Vanzura

*Attorney for Defendants InMode Ltd.,
Moshe Mizrahy, Yair Malca, Shakil
Lakhani, Spero Theodorou, and
Dr. Michael Kreindel*

JOINT STIPULATION RE: AMENDED BRIEFING SCHEDULE FOR DEFENDANTS' MOTIONS TO DISMISS
CASE NO. 2:24-cv-1219-MEMF-MBK