UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES—GENERAL

| Case No. | 2:24-cv-01219-MEMF-MBKx | | Date | August 14, 2025 |
|---|---|---|---|---|

| Title | Cement Masons and Plasterers Local No. 502 Pension Fund v. InMode Ltd. et al. | Page | 1 of 1 |
|---|---|---|---|

Present: The Honorable    MAAME EWUSI-MENSAH FRIMPONG,
UNITED STATES DISTRICT JUDGE

| Damon Berry | CourtSmart |
|---|---|
| Deputy Clerk | Court Recorder |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| Emma Gilmore | Joshua Seth Levy |
| | Arev Hovsepian |
| | Glenn K. Vanzura |

**Proceedings:  DEFENDANT'S MOTION TO DISMISS [77]**

The Court issues a tentative ruling prior to the hearing. The Court invites counsel to present oral arguments.

For the reasons stated on the record, the matter is taken under submission. Order to issue.

**IT IS SO ORDERED**.