POMERANTZ LLP
Jeremy A. Lieberman (admitted *pro hac vice*)
Emma Gilmore (admitted *pro hac vice*)
Villi Shteyn (admitted *pro hac vice*)
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone: (212) 661-1100
Facsimile: (917) 463-1044
jalieberman@pomlaw.com
egilmore@pomlaw.com
vshteyn@pomlaw.com

*Counsel for Plaintiffs and for the Proposed Class*

*[Additional Counsel on Signature Page of Second Amended Complaint]*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

| | |
|---|---|
| IN RE INMODE LTD. SECURITIES LITIGATION<br><br><br>THIS DOCUMENT RELATES TO:<br>ALL  ACTIONS | Case No. 2:24-cv-01219-MEMF-MRW<br><br>CLASS ACTION |

**DECLARATION OF EMMA GILMORE**

DECLARATION OF EMMA GILMORE - 2:24-CV-01219-MEMF-MRW

I, EMMA GILMORE, declare as follows:

1.     I am a partner with the law firm Pomerantz LLP and admitted *pro hac vice* to practice in the Central District of California District Court. I am counsel for Lead Plaintiffs Meitav Provident and Pension Funds Ltd., Meitav Mutual Funds Ltd., Kranot Hishtalmut Le Morim Tichoniim Morey Seminarim Ve Mefakhim Hevra Menahelet Ltd., and Kranot Hishtalmut Le Morim Ve Gananot Hevra Menahelet Ltd. and the putative class in the above-captioned matter. I have personal knowledge of the matters stated herein. If called as a witness, I could and would competently testify to the matters stated herein. This declaration is submitted in conjunction with Lead Plaintiffs' Second Amended Complaint.

2.     Attached hereto are true and correct copies of the following documents:

Exhibit A:     Form 510(k) approval K183450 for InMode's Evolve system issued by the FDA on June 20, 2019, which is publicly available at https://www.accessdata.fda.gov/cdrh_docs/pdf18/K183450.pdf;

Exhibit B:     Form 510(k) approval K231495 for InMode's Evolve system, issued by the FDA on October 13, 2023, which is publicly available at https://www.accessdata.fda.gov/cdrh_docs/pdf23/K231495.pdf;

Exhibit C:     Form 510(k) approval K210877 for InMode's Evolve system, issued by the FDA on July 19, 2021, which is publicly available at https://www.accessdata.fda.gov/cdrh_docs/pdf21/K210877.pdf.; and

Exhibit D:     Form 510(k) approval K191855 for InMode's Evoke system, issued by the FDA on October 29, 2019, which is publicly available at https://www.accessdata.fda.gov/cdrh_docs/pdf19/K191855.pdf.

I declare under penalty of perjury that the foregoing is true and correct. Executed in New York, New York, this 14th day of October, 2025.

*/s/ Emma Gilmore*
Emma Gilmore

DECLARATION OF EMMA GILMORE - 2:24-CV-01219-MEMF-MRW