**WILLKIE FARR & GALLAGHER LLP**
Glenn K. Vanzura (SBN 238057)
  GVanzura@willkie.com
Arev H. Hovsepian (SBN 348222)
  AHovsepian@willkie.com
Zoe R. Goldberg (SBN 353799)
  ZGoldberg@willkie.com
2029 Century Park East, Suite 2900
Los Angeles, California 90067-2905
Telephone: (310) 855-3000

Joshua S. Levy (*Admitted Pro Hac Vice*)
  JLevy@willkie.com
1875 K Street, N.W.
Washington, D.C. 20006
Telephone: (202) 303-1147

Attorneys for Defendants
InMode Ltd., Moshe Mizrahy,
Yair Malca, Shakil Lakhani,
Spero Theodorou, and Michael Kreindel

[Additional counsel on signature page]

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| IN RE INMODE LTD. SECURITIES LITIGATION | Case No. 2:24-cv-1219-MEMF-MBK <br><br> <u>CLASS ACTION</u> <br><br> Hon. Maame Ewusi-Mensah Frimpong <br> Courtroom 8B – First Street |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | **JOINT STIPULATION RE: DEFENDANTS' MOTION TO DISMISS LEAD PLAINTIFFS' SECOND AMENDED COMPLAINT** <br><br> Action Filed:  February 14, 2024 <br> Trial Date:    None set |

Lead Plaintiffs Meitav Provident and Pension Funds Ltd., Meitav Mutual Funds Ltd., Kranot Hishtalmut Le Morim Tichoniim Morey Seminarim Ve Mefakhim Hevra Menahelet Ltd. and Kranot Hishtalmut Le Morim Ve Gananot Hevra Menahelet Ltd. (collectively, "Lead Plaintiffs") and Defendants InMode Ltd., Moshe Mizrahy, Yair Malca, Shakil Lakhani, Spero Theodorou and Dr. Michael Kreindel (collectively, "Defendants," and together with Lead Plaintiffs, the "Parties"), by and through their undersigned counsel, hereby stipulate and agree as follows:

WHEREAS, on February 14, 2024, Cement Masons' and Plasterers' Local No. 502 Pension Fund filed a Complaint for Violations of the Federal Securities Laws (ECF No. 1);

WHEREAS, on January 31, 2025, Lead Plaintiffs filed an Amended Complaint for Violations of the Federal Securities Laws (the "Amended Complaint") (ECF No. 64);

WHEREAS, on April 11, 2025, Defendants filed a Motion to Dismiss Lead Plaintiffs' Amended Complaint (ECF No. 77);

WHEREAS, on September 12, 2025, the Court entered an Order Granting in Part Defendants' Motion to Dismiss (ECF No. 91), which granted Lead Plaintiffs "leave to amend their claims for securities fraud" in certain regards by October 14, 2025;

WHEREAS, on September 12, 2025, the Court entered an Order setting a Scheduling Conference for November 20, 2025 (the "Scheduling Conference"), and requiring the parties to prepare a Joint Rule 26(f) Report by November 6, 2025 (the "Joint Report") (ECF No. 92);

WHEREAS, on October 14, 2025, Lead Plaintiffs filed a Second Amended Complaint for Violations of the Federal Securities Laws (the "Second Amended Complaint" (ECF No. 93), which is 107 pages in length;

WHEREAS, Defendants intend to move to dismiss the Second Amended Complaint;

**WHEREAS**, the Parties agree that, in light of Defendants' intention to move to dismiss the Second Amended Complaint, and in the interests of judicial economy, conservation of time and resources, and orderly management of this action, Defendants should not be required to answer the Second Amended Complaint at this time, and the Scheduling Conference and Joint Report should be continued pending a ruling on Defendants' forthcoming motion to dismiss the Second Amended Complaint;

**WHEREAS**, given the length of the Second Amended Complaint, the number of alleged misstatements at issue in the Second Amended Complaint, and that six Defendants must respond to the Second Amended Complaint, the Parties agree that they should file omnibus briefs and that a reasonable increase in some page limits for the briefs is warranted;

**WHEREAS**, the Parties have agreed on the briefing schedule and page limits proposed below, subject to the Court's approval.

**NOW, THEREFORE**, the Parties by and through their undersigned counsel, hereby agree and stipulate, and respectfully request that the Court order as follows:

1.    Defendants shall not be required to file an answer to the Second Amended Complaint at this time.

2.    The Scheduling Conference and Joint Report shall be continued pending a ruling on Defendants' forthcoming motion to dismiss the Second Amended Complaint.

3.    On or before December 5, 2025, Defendants shall file an omnibus motion to dismiss the Second Amended Complaint, and the memorandum of points and authorities in support of the motion shall not exceed twenty-five (25) pages.

4.    On or before January 26, 2026, Lead Plaintiffs may file an omnibus opposition to Defendants' motion to dismiss, and the memorandum of points and authorities in support of the opposition shall not exceed twenty-five (25) pages.

JOINT STIPULATION RE: DEFENDANTS' MOTION TO DISMISS LEAD PLAINTIFFS' SECOND AMENDED COMPLAINT
CASE No. 2:24-cv-1219-MEMF-MBK

5.    On or before February 26, 2026, Defendants may file an omnibus reply in support of their motion to dismiss, and the memorandum of points and authorities in support of the reply shall not exceed twelve (12) pages.

JOINT STIPULATION RE: DEFENDANTS' MOTION TO DISMISS LEAD PLAINTIFFS' SECOND AMENDED COMPLAINT
CASE No. 2:24-cv-1219-MEMF-MBK

Dated:  October 17, 2025   **WILLKIE FARR & GALLAGHER LLP**

By:   */s/ Glenn K. Vanzura*
Glenn K. Vanzura (SBN 238057)
GVanzura@willkie.com
Arev H. Hovsepian (SBN 348222)
AHovsepian@willkie.com
Zoe R. Goldberg (SBN 353799)
ZGoldberg@willkie.com
2029 Century Park East, Suite 2900
Los Angeles, CA 90067-2905
Telephone: (310) 855-3000

Joshua S. Levy (admitted *pro hac vice*)
JLevy@willkie.com
1875 K Street, N.W.
Washington, D.C. 20006
Telephone: (202) 303-1147

*Attorneys for Defendants InMode Ltd.,*
*Moshe Mizrahy, Yair Malca, Shakil*
*Lakhani, Spero Theodorou, and*
*Michael Kreindel*

Dated:  October 17, 2025   **POMERANTZ LLP**

By:   */s/ Villi Shteyn*
Jeremy A. Lieberman (admitted *pro hac vice*)
Emma Gilmore (admitted *pro hac vice*)
Villi Shteyn (admitted *pro hac vice*)
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone: (212) 661-1100
Facsimile: (917) 463-1044
jalieberman@pomlaw.com
egilmore@pomlaw.com
vshteyn@pomlaw.com

Jennifer Pafiti (SBN 282790)
1100 Glendon Avenue, 15th Floor
Los Angeles, CA 90024
Telephone: (310) 405-7190
jpafiti@pomlaw.com

**POMERANTZ LLP**

Orly Guy
Eitan Lavie
HaShahar Tower
Ariel Sharon 4, 34th Floor
Givatayim, Israel 5320047
Telephone: +972 (0) 3 624 0240
Facsimile: +972 (0) 3 624 0111
oguy@pomlaw.com

4

eitan@pomlaw.com

*Attorneys for Lead Plaintiffs and for the
Proposed Class*

5

## FILER'S ATTESTATION

Pursuant to L.R. 5-4.3.4, I hereby attest that all other signatories listed, and on whose behalf this filing was submitted, concur in the filing's content and have authorized this filing.

Dated:  October 17, 2025

**WILLKIE FARR & GALLAGHER LLP**

By:  */s/ Glenn K. Vanzura*

Glenn K. Vanzura

*Attorneys for Defendants InMode Ltd., Moshe Mizrahy, Yair Malca, Shakil Lakhani, Spero Theodorou, and Michael Kreindel*

6