**POMERANTZ LLP**
Jeremy A. Lieberman (admitted *pro hac vice*)
Emma Gilmore (admitted *pro hac vice*)
Villi Shteyn (admitted *pro hac vice*)
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone: (212) 661-1100
Facsimile: (917) 463-1044
jalieberman@pomlaw.com
egilmore@pomlaw.com
vshteyn@pomlaw.com

*Counsel for Plaintiffs and for the Proposed Class*

*[Additional Counsel on Signature Page]*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

| | |
|---|---|
| IN RE INMODE LTD. SECURITIES LITIGATION | Case No. 2:24-cv-1219-MEMF-MBK |
| | <u>CLASS ACTION</u> |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | Hon. Maame Ewusi-Mensah Frimpong Courtroom 8B – First Street |
| | **JOINT STIPULATION REGARDING CONTINUANCE OF MOTION HEARING ON DEFENDANTS' MOTION TO DISMISS LEAD PLAINTIFFS' SECOND AMENDED COMPLAINT** |
| | Action Filed: February 14, 2024<br>Trial Date:     None set |

JOINT STIPULATION REGARDING CONTINUANCE OF MOTION HEARING ON DEFENDANTS' MOTION TO
DISMISS LEAD PLAINTIFFS' SECOND AMENDED COMPLAINT
CASE No. 2:24-cv-1219-MEMF-MBK

Lead Plaintiffs Meitav Provident and Pension Funds Ltd., Meitav Mutual Funds Ltd., Kranot Hishtalmut Le Morim Tichoniim Morey Seminarim Ve Mefakhim Hevra Menahelet Ltd. and Kranot Hishtalmut Le Morim Ve Gananot Hevra Menahelet Ltd. (collectively, "Lead Plaintiffs") and Defendants InMode Ltd., Moshe Mizrahy, Yair Malca, Shakil Lakhani, Spero Theodorou and Dr. Michael Kreindel (collectively, "Defendants," and together with Lead Plaintiffs, the "Parties"), by and through their undersigned counsel, hereby stipulate and agree as follows:

**WHEREAS**, on February 14, 2024, Cement Masons' and Plasterers' Local No. 502 Pension Fund filed a Complaint for Violations of the Federal Securities Laws (ECF No. 1);

**WHEREAS**, on January 31, 2025, Lead Plaintiffs filed an Amended Complaint for Violations of the Federal Securities Laws (the "Amended Complaint") (ECF No. 64);

**WHEREAS**, on April 11, 2025, Defendants filed a Motion to Dismiss Lead Plaintiffs' Amended Complaint (ECF No. 77);

**WHEREAS**, on September 12, 2025, the Court entered an Order Granting in Part and Denying in Part Defendants' Motion to Dismiss (ECF No. 91), granting Lead Plaintiffs "leave to amend their claims for securities fraud" in certain regards by October 14, 2025;

**WHEREAS**, on October 14, 2025, Lead Plaintiffs filed a Second Amended Complaint for Violations of the Federal Securities Laws (the "Second Amended Complaint" (ECF No. 93);

**WHEREAS**, on October 21, 2025, the Court granted the Parties' Joint Stipulation setting the briefing schedule for Defendants' Motion To Dismiss the Second Amended Complaint (ECF No. 95);

**WHEREAS**, on December 5, 2025, Defendants filed their Motion To Dismiss the Second Amended Complaint (ECF No. 97) and noticed March 26, 2026 as the hearing date for their motion;

**WHEREAS**, a scheduling conflict exists on March 26, 2026, with respect to other matters on which primary counsel for Lead Plaintiffs is also primary counsel;

**WHEREAS**, as a result of this scheduling conflict, the Parties agreed to continue the date for the hearing on Defendants' Motion To Dismiss the Second Amended Complaint to April 23, 2026, subject to the Court's approval.

**NOW, THEREFORE**, the Parties by and through their undersigned counsel, hereby agree and stipulate, and respectfully request that the Court order as follows:

The hearing date for Defendants' Motion To Dismiss the Second Amended Complaint shall be continued from March 26, 2026 to April 23, 2026.

Dated: January 29, 2026

**POMERANTZ LLP**

/s/ Emma Gilmore
Jeremy A. Lieberman (admitted *pro hac vice*)
Emma Gilmore (admitted *pro hac vice*)
Villi Shteyn (admitted *pro hac vice*)
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone: (212) 661-1100
Facsimile: (917) 463-1044
jalieberman@pomlaw.com
egilmore@pomlaw.com
vshteyn@pomlaw.com

Jennifer Pafiti (SBN 282790)
1100 Glendon Avenue, 15th Floor
Los Angeles, CA 90024
Telephone: (310) 405-7190
jpafiti@pomlaw.com

**POMERANTZ LLP**

Orly Guy
Eitan Lavie
HaShahar Tower
Ariel Sharon 4, 34th Floor
Givatayim, Israel 5320047
Telephone: +972 (0) 3 624 0240
Facsimile: +972 (0) 3 624 0111
oguy@pomlaw.com

2

eitan@pomlaw.com

*Attorneys for Lead Plaintiffs and for the Proposed Class*

Dated:  January 29, 2026

**WILLKIE FARR & GALLAGHER LLP**

/s/ Glenn K. Vanzura
Glenn K. Vanzura (SBN 238057)
GVanzura@willkie.com
Arev H. Hovsepian (SBN 348222)
AHovsepian@willkie.com
Zoe R. Goldberg (SBN 353799)
ZGoldberg@willkie.com
2029 Century Park East, Suite 2900
Los Angeles, CA 90067-2905
Telephone: (310) 855-3000

Joshua S. Levy (admitted *pro hac vice*)
JLevy@willkie.com
1875 K Street, N.W.
Washington, D.C. 20006
Telephone: (202) 303-1147

*Attorneys for Defendants InMode Ltd., Moshe Mizrahy, Yair Malca, Shakil Lakhani, Spero Theodorou, and Michael Kreindel*

## FILER'S ATTESTATION

Pursuant to L.R. 5-4.3.4, I hereby attest that all other signatories listed, and on whose behalf this filing was submitted, concur in the filing's content and have authorized this filing.

Dated:  January 29 2026            **POMERANTZ LLP**

*/s/ Emma Gilmore*
Emma Gilmore

*Attorneys for Lead Plaintiffs and for the Proposed Class*

JOINT STIPULATION REGARDING CONTINUANCE OF MOTION HEARING ON DEFENDANTS' MOTION TO DISMISS LEAD PLAINTIFFS' SECOND AMENDED COMPLAINT
CASE No. 2:24-cv-1219-MEMF-MBK